David Edward May (083734)
Law Office of Bruce S. Osterman
2300 Contra Costa Blvd., Suite 320
Pleasant Hill CA 94523-3952

Tel: (415) 399-3900
Fax: (415) 399-3920
Email: DEM@BruceOsterman.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAINEY MASON,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD CITY, a public entity, Redwood City Police Officers A. WANG #381,<br>C. DONOVAN #330, K. TATE #1118, M. ALIFANO #376, LT. HART, A. OSBORNE #370, all as police officers and as individuals,<br><br>Defendants. | Case No. 3:17-cv-06283-RS<br><br>ORDER MODIFYING CASE SCHEDULE<br><br>**AS MODIFIED BY THE COURT** |

Pursuant to the Stipulation of the parties plaintiff James Mason ("Mason" or "Plaintiff") and defendants the City of Redwood City and named Redwood City Police Officers, and in the interest of justice and the efficient and economical use of this Court's resources,

IT IS HEREBY ORDERED that the pre-trial and trial schedule for the above entitled action is hereby modified as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | August 14, 2019 |
| Last Day to Designate Experts: | September 14, 2019 |
| Last Day to Designate Supplemental and Rebuttal Experts: | October 10, 2019 |

| | | |
|---|---|---|
| 1 | Expert Discovery Cut-Off: | November 14, 2019 |
| 2 | Last Day to Hear Dispositive/Pre-Trial Motions: | February 13, 2020 |
| | Pretrial Conference: | April 22, 2020 |
| 3 | Trial: | May 4, 2020 |

A Further Case Management Conference shall be held on **August 8, 2019 at 10:00 am** in Courtroom #3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Conference Statement at least one week prior to the Conference.

Dated: 4/30/19

Hon. Richard G. Seeborg
U.S. District Court Judge