Bruce S. Osterman (Bar No. 039310)
David Edward May (Bar No. 083734)
LAW OFFICES OF BRUCE S. OSTERMAN
2300 Contra Costa Blvd., Ste. 320
Pleasant Hill, CA 94523
Telephone: (415) 399-3900
Facsimile: (415) 399-3920
Email: dem@bruceosterman.com

Attorneys for Plaintiffs

TODD H. MASTER [SBN. 185881]
tmaster@hrmrlaw.com
LISA K. RAUCH [SBN. 148575]
lrauch@hrmrlaw.com
HOWARD ROME MARTIN & RIDLEY LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Telephone: (650) 365-7715
Facsimile: (650) 364-5297

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES RAINEY MASON, <br><br> Plaintiff, <br><br> v. <br><br> REDWOOD CITY, a public entity, Redwood City Police Officers A. WANG #381, C. DONOVAN #330, K. TATE #1118, M. ALIFANO #376, LT. HART, A. OSBORNE #370, all as police officers and as individuals, <br><br> Defendants. | Case No. 3:17-cv-06283-RS <br><br> **STIPULATION OF DISMISSAL AND ORDER** <br> **[FRCP 41 (a) (1)]** |

IT IS HEREBY STIPULATED by and between Plaintiff JAMES RAINEY MASON ("Plaintiff") and Defendants CITY OF REDWOOD CITY, A. WANG, C. DONOVAN, M. ALIFANO, S. HART, A. OSBORNE, and K. TATE (collectively, "Defendants") by and through

---

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER; Case No. 3:17-cv-06283-RS     1

their designated counsel, that the above-entitled action filed by Plaintiff against Defendants is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

Date: April 2, 2020　　　　　　　　　　LAW OFFICES OF BRUCE S. OSTERMAN

By:   /s/ David E. May  
     David Edward May
     Attorneys for Plaintiff
     JAMES RAINEY MASON

Date: April 2, 2020　　　　　　　　　　HOWARD ROME MARTIN & RIDLEY LLP

By:   /s/ Lisa K. Rauch  
     Todd H. Master
     Lisa K. Rauch
     Attorneys for Defendants
     CITY OF REDWOOD CITY, S. HART, A. OSBORNE, M. ALIFANO, C. DONOVAN, A. WANG, and K. TATE

**ORDER**

This Stipulation of Dismissal is hereby adopted by the Court and, as such, the above-entitled action against Defendants CITY OF REDWOOD CITY, A. WANG, C. DONOVAN, M. ALIFANO, S. HART, A. OSBORNE, and K. TATE (collectively, "Defendants") is dismissed with prejudice. Each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 4/3/2020

_/s/ Richard G. Seeborg_
The Honorable Richard G. Seeborg
United States District Court Judge